JUDGMENT AFFIRMED. Rule 30.-25(b).

JUDGMENT AFFIRMED. Rule 84.-16(b).

Judy LANPHER, Plaintiff,

and

O.G. "Gary" Mace, Appellant,

v.

Gary D. McMULLIN, Metro North Co., et al., James L. Wilson, and Lou Collobert, Respondents.

No. WD 39980.

Missouri Court of Appeals,
Western District.

Sept. 27, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 1988.

Application to Transfer Denied Dec. 13, 1988.

William H. Pickett, Kansas City, for appellant.

John L. Hayob & Vincent F. O'Flaherty of Niewald, Waldeck, Norris & Brown, Kansas City, for respondent McMullin.

Eric T. Swanson & Sharon K. Weedin of Knipmeyer, McCann, Fish & Smith, Kansas City, for respondent Metro North.

Robert G. Duncan, Kansas City, for respondent James Wilson.

Patrick Lysaught, Kansas City, for respondent Lou Collobert.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from the dismissal of a civil action for damages.

Bill HERRON, Appellant,

v.

Dean M. SHERRILL, Respondent.

No. WD 40254.

Missouri Court of Appeals,
Western District.

Sept. 27, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 1988.

Bill Herron, Jefferson City, pro se.

William L. Webster, Atty. Gen., Byrona J. Kincannon, Asst. Atty. Gen., Jefferson City, for respondent.

Before COVINGTON, P.J., and NUGENT and GAITAN, JJ.

ORDER

PER CURIAM.

Herron appeals the judgment of trial court pursuant to his claim of breach of duty by respondent to investigate appellant prior to his parole hearing.

Judgment affirmed. Rule 84.16(b).

